[No. 4395-9-III. Division Three. July 8, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS
FURLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80-1-00893-6, John J. Ripple, J., entered January 16, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4458-1-III. Division Three. July 8, 1982.]

J. T. ERICKSEN, ET AL, *Appellants*, v. EUGENE
PETERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 80-2-00650-8, Cameron K. Hopkins, J. Pro Tem., entered February 24, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 10162-5-I. Division One. July 12, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA
ELLEN MARLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-03129-1, Richard M. Ishikawa, J., entered March 26, 1982. *Affirmed* by opinion, unpublished in part, per Ringold, J., concurred in by James and Corbett, JJ.

[No. 9502-1-I. Division One. July 12, 1982.]

*In the Matter of the Marriage of* MARIAN E. ROTH,
*Respondent, and* WILHELM ROTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99513, Jerome M. Johnson, J., entered October 28, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.